**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-1558

---

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

SUNTRUST BANK,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-03-937-3)

---

Submitted:  November 30, 2005        Decided:  December 13, 2005

---

Before KING, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Terence Keith Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terence Keith Johnson appeals the district court's order denying his motion to extend the time to file a notice of appeal. Because the time periods governed by Rule 4 of the Federal Rules of Appellate Procedure are "mandatory and jurisdictional," Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978), the district court properly found that it was without jurisdiction to grant the extension where more than sixty days had elapsed since the entry of the final order. See Fed. R. App. P. 4(a)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Johnson v. SunTrust Bank, No. CA-03-937-3 (E.D. Va. May 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED